IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HENNESSEY RICHARD-SALINAS,<br><br>Defendant. | CR 25–29–BU–DLC<br><br><br>ORDER |

The United States has moved, pursuant to Federal Rule of Criminal Procedure 48(a) and in the interests of justice, to dismiss the indictment against Hennessy Richard-Salinas.

IT IS ORDERED the indictment against Hennessy Richard-Salinas is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the trial scheduled for December 15, 2025, is VACATED.

DATED this 9th day of December, 2025.

Dana L. Christensen, District Judge
United States District Court

1